HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>AMAN EXPEDITE, LLC.; VITALI KONKO, an individual; and the ESTATE OF DMYTRO PRONIN,<br><br>Defendants. | No. 2:23-cv-00587<br><br>**ORDER GRANTING UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR LEAVE TO SERVE DEFENDANT ESTATE OF DMYTRO PRONIN BY PUBLICATION** |

Having reviewed Plaintiff United Financial Casualty Company's Motion for Leave to Serve Defendant Estate of Dmytro Pronin by Publication, Dkt. No. 16, the Court concludes that the intent of RCW 4.28.100 and 4.28.140 is that service by publication on the estate of Dmytro Pronin be effective and meaningful. Plaintiff states that it is aware that at least some of Mr. Pronin's family resides in Denver, Colorado. Therefore, the Court instructs Plaintiff to publish the summons in a newspaper of general circulation in both King County, Washington and Denver County, Colorado once a week for six consecutive weeks. Subject to the foregoing instruction, IT IS ORDERED that Plaintiff's Motion for Leave to Serve Defendant Estate of Dmytro Pronin

ORDER GRANTING UFCC MOTION
FOR LEAVE TO SERVE BY PUBLICATION – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1 | by Publication is GRANTED.

2 |     Dated this 3rd day of July 2023.

*(signature)*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LETHER LAW GROUP

*/s/ Jensen Merrill*
Jensen Merrill, WSBA #57180
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
jmerrill@letherlaw.com
*Counsel for United Financial Casualty Company*

ORDER GRANTING UFCC MOTION
FOR LEAVE TO SERVE BY PUBLICATION  – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Vitalii Konko
9006 Main Street E, Apt 1
Bonney Lake, WA 98391
vitaliikonko@gmail.com
*Defendant in Pro Se*

**By:**       **[ ] Email**            **[X] ECF System**         **[ ] Legal Messenger**

Dated this 29th day of June 2023 at Seattle, Washington.

*/s/ Nico Schulz*
Nico Schulz | Paralegal

ORDER GRANTING UFCC MOTION
FOR LEAVE TO SERVE BY PUBLICATION  – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544