HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>　　Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic*),<br>　　Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br>　　Crossclaim & 3rd-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>　　Crossclaim Defendants,<br><br>**AND**<br><br>PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and DOE BROKER PRINCIPAL,<br>　　3rd-Party Defendants. | No. 2:23-cv-00587-BJR<br><br>**PROPOSED ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES** |

　　The Court, having reviewed 3rd-Party Plaintiff's Unopposed Motion for Extension of Time to Amend Pleadings and Join Additional Parties and any responses and replies, and

---

Proposed Order Re: Unopp. MEOT to Amend
Pleadings and Join Additional Parties - 1

**DORMER HARPRING, LLC**
3457 RINGSBY COURT, UNIT 110
DENVER, COLORADO 80216
(303) 756-3812

being otherwise fully advised in the premises and in the complete record of this case,

ORDERS AS FOLLOWS:

1. Parties shall have up to and including December 29, 2023, Amend Pleadings and Join Additional Parties.

Dated this 1st day of November 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

DORMER HARPRING, LLC

*s/ Erik D. Moya*
Sean M. Dormer, Colo. Atty. Reg. 44962
Erik D. Moya, Colo. Atty. Reg. 55074
3457 Ringsby Court, Unit 110
Denver, Colorado 80216
Tel. (303) 756-3812
smd@denvertrial.com
edm@denvertrial.com
*Attorneys for Chad Horner, as Administrator of the Estate of Dmytro Pronin, Pro Hac Vice*

CURRAN LAW FIRM
*s/ Chad Horner*
Chad Horner, WSBA # 27122
33400 9th Ave S, Suite 120
Federal Way, WA 98003
Tel. (253) 852-2345
chorner@curranfirm.com
*Local Counsel under LCR 83.1(d), and Pro Se as Administrator for the Estate of Dmytro Pronin*

Dated this ___ day of _____, 2023.

Proposed Order Re: Unopp. MEOT to Amend Pleadings and Join Additional Parties - 2

DORMER HARPRING, LLC
3457 RINGSBY COURT, UNIT 110
DENVER, COLORADO 80216
(303) 756-3812