THE HONORABLE BARBARA J. ROTHSTEIN

Eric J. Neal, WSBA #31863
Jensen Merrill, WSBA #57180
Lether Law Group
1848 Westlake Ave. N., #100
Seattle, WA 98109
eneal@letherlaw.com
jmerrill@letherlaw.com
206-467-5444
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>     Plaintiff,<br><br> vs.<br><br>AMAN EXPEDITE, LLC.; VITALI KONKO, an individual; and the ESTATE OF DMYTRO PRONIN,<br><br>     Defendants.<br><br>AND<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br><br>     Crossclaim & Third-Party Plaintiff,<br><br>vs.<br><br>AMAND EXPEDITE LCC; and VITALII KONKO,<br><br>     Crossclaim Defendants, | No. 2:23-cv-00587<br><br>**ORDER GRANTING PLAINTIFF UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT** |

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

AND

PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and DOE BROKER PRINCIPAL,

    Third-Party Defendants.

## ORDER

This matter, having come before the Court on Plaintiff United Financial Casualty Company's Motion for Leave to Amend the Complaint and the Court having considered the Motion and all supporting documents, and the motion being unopposed, NOW, THEREFORE, IT IS ORDERED that Plaintiff's Motion for Leave to Amend the Complaint is GRANTED.

Dated January 2, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LETHER LAW GROUP

*/s/ Jensen Merrill*
Jensen Merrill, WSBA #57180
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
jmerrill@letherlaw.com
*Counsel for United Financial Casualty*
*Company*

ORDER GRANTING
MOTION FOR LEAVE TO AMEND COMPLAINT – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

Chad Horner, WSBA#27122
Curran Law Firm
33400 9th Ave. S., Suite 120
Federal Way, WA 98003
253-852-2345
chorner@curranfirm.com
*Counsel/Administrator for*
*Defendant Estate of Dmytro Pronin*

Sean M. Dormer, CBA#44962
Erik D. Moya, CBA#55074
Dormer Harpring, LLC
3457 Ringsby Court, Unit 110
Denver, CO 80216
303-756-3812
smd@denvertrial.com
edm@denvertrial.com
*Pro Hac Vice Counsel for*
*Defendant Estate of Dmytro Pronin*

Jennifer P. Murray, WSBA #35344
Murray Dunham & Murray
100 West Harrison, North Tower, Ste. 340
PO Box. 9844
Seattle, WA 98109
206-622-2655
jennifer@murraydunham.com
*Counsel for Aman Expedite, LLC., Vitalii Konko,*
*Malik Kossunov, & Malik Trucks, LLC.*

**By:   [  ] First Class Mail          [X] E-Service/Email          [  ] Legal Messenger**

DATED this 30th day of October 2023, at Seattle, Washington.

*/s/ Nico Schulz*
Nico Schulz | Paralegal

ORDER GRANTING
MOTION FOR LEAVE TO AMEND COMPLAINT – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544