Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO., <br><br> Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE, LLC; VITALI (sic.) KONKO; and the ESTATE OF DMYTRO PRONIN (sic.), <br><br> Defendants, <br><br> AND <br><br> CHAD HORNER, as Administrator of the Estate of Dmytro Pronin, <br><br> Crossclaim & 3rd-Party Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE LLC; and VITALII KONKO, <br><br> Crossclaim Defendants, <br><br> AND <br><br> PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; | Case No. 2:23-cv-00587-BJR <br><br> **ORDER GRANTING UNITED FINANCIAL CAS. CO. AND AMAN EXPEDITE, LLC'S STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT** |

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SET ASIDE DEFAULT - 1
Case No. 2:23-cv-00587

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

MALIK KOSSUNOV; and DOE BROKER PRINCIPAL,

        3rd-Party Defendants.

THIS MATTER came before the Court on United Financial Cas. Co. ("UFCC") and Aman Expedite, LLC's ("Aman") stipulated motion to set aside entry of default ("Stipulated Motion"). Having considered the Motion and the pleadings filed in this action and being fully advised on the matter, it is hereby ORDERED that the Stipulated Motion is GRANTED.

1. The June 26, 2023 entry of default against Defendant Aman (Dkt. No. 12) is hereby vacated;

2. Aman shall file a responsive pleading to UFCC's Amended Complaint (Dkt. No. 60) within the time set forth by applicable court rules.

SO ORDERED this 18th day of January, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET ASIDE DEFAULT - 2
Case No. 2:23-cv-00587

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

Presented By

s/*Tristan Swanson*
Tristan Swanson, WSBA No. 41934
MILLER NASH LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: 206.624.8300
Fax: 206.340.9599
Email: tristan.swanson@millernash.com

*Attorneys for Defendants Aman Expedite, LLC, Malik Trucks LLC, and Malik Kossunov*

s/ *Jensen Merrill*
Jensen Merrill
Eric J. Neal
LETHER LAW GROUP
1848 Westlake Ave N STE 100
Seattle, WA 98109
206-467-5444
Fax: 206-467-5544
Email: eneal@letherlaw.com

*Attorneys for Plaintiff UFCC*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET ASIDE DEFAULT - 3
Case No. 2:23-cv-00587

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

**DECLARATION OF SERVICE**

I, Krista M. Stokes, hereby declare under penalty of perjury under the laws of the United States that on this 11th day of January, 2024, the foregoing document was filed using the CM/ECF system which will send notice of the same to all parties, at the addresses set forth below.

Jensen Merrill
LETHER LAW GROUP
1848 WESTLAKE AVE N STE 100
SEATTLE, WA 98109
206-467-5444
Email: jmerrill@letherlaw.com

Eric J Neal
LETHER LAW GROUP
1848 WESTLAKE AVE N STE 100
SEATTLE, WA 98109
206-467-5444
Fax: 206-467-5544
Email: eneal@letherlaw.com

Jennifer P Murray
MURRAY DUNHAM & MURRAY
PO BOX 9844
100 W HARRISON
NORTH TOWER STE 340
SEATTLE, WA 98109-0844
206-682-6921
Email: jennifer@murraydunham.com

William Walter Spencer
MURRAY DUNHAM & MURRAY
PO BOX 9844
100 W HARRISON
NORTH TOWER STE 340
SEATTLE, WA 98109-0844
206-622-2655
Email: william@murraydunham.com

Erik D Moya
DORMER HARPRING LLC

3457 RINGSBY CT
STE 110
DENVER, CO 80216
956-605-5727
Email: edm@denvertrial.com

Sean M Dormer
DORMER HARPRING LLC
3457 RINGSBY CT
STE 110
DENVER, CO 80216
303-756-3812
Email: smd@denvertrial.com

Chad Horner
CURRAN LAW FIRM PS
33400 9th Ave S. Suite 120
Federal Way, WA 98003
253-852-2345
Email: chorner@curranfirm.com

SIGNED at Lynnwood, Washington this 11th day of January, 2024.

*s/ Krista M. Stokes*
Krista M. Stokes, Legal Assistant

4856-7955-9571.1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET ASIDE DEFAULT - 5
Case No. 2:23-cv-00587

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599