HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO., <br>     Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*), <br>     Defendants, <br><br> **AND** <br><br> CHAD HORNER, as Administrator of the Estate of Dmytro Pronin, <br>     Crossclaim & 3rd-Party Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE LLC; and VITALII KONKO, <br>     Crossclaim Defendants, <br><br> **AND** <br><br> PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and DOE BROKER PRINCIPAL, <br>     3rd-Party Defendants. | No. 2:23-cv-00587 <br><br> **ORDER RE: MOTION TO MODIFY SCHEDULE** |

The Court, having reviewed Estate's Unopposed Motion to Modify Schedule and being otherwise fully advised, HEREBY ORDERS:

1. Initial inspection of the subject truck shall occur no later than 3/1/24;

2. Mr. Konko and Mr. Kossunov shall search their records for possible identity of "Doe Broker Principal" and disclose candidates to Estate on or before 2/12/24;

3. Estate shall seek amendment to add any additional product liability claims/third-party defendants and/or substitution for the "Doe Broker Principal" placeholder within 70 days (10 weeks) after the initial inspection. If Estate decides before that deadline to dismiss any claim(s) or decline to amend, Estate shall promptly notify the Court;

4. The parties shall jointly submit a revised Joint Status Report and Discovery Plan that complies with the terms set forth in the Order Regarding Initial Disclosures and Joint Status Report [Dkt. No. 15] within thirty (30) days after the Estate's notice or motion is filed; and

5. Other deadlines are vacated.

Dated this 24th day of January 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge