HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>　　Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br>　　Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br>　　Crossclaim & 3rd-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>　　Crossclaim Defendants,<br><br>**AND**<br><br>PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and DOE BROKER PRINCIPAL,<br>　　3rd-Party Defendants. | No. 2:23-cv-00587<br><br>**ORDER GRANTING THE ESTATE OF DMYTRO PRONIN'S UNOPPOSED MOTION FOR LEAVE TO AMEND THIRD-PARTY COMPLAINT** |

ORDER RE: ESTATE OF DMYTRO PRONIN'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS THIRD-PARTY COMPLAINT

**DORMER HARPRING, LLC**
3457 RINGSBY COURT, UNIT 110
DENVER, COLORADO 80216
(303) 756-3812

1   The Court having reviewed Third-Party Plaintiff's Unopposed Motion for Leave to
2   Amend Third-Party Complaint and being otherwise fully advised in the premises and in the
3   complete record of this case, HERBEY GRANTS the motion. Third-Party Plaintiff shall file
4   the amended pleading within 7 days of the date of this order.
5   Dated this 24th day of April 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RE: ESTATE OF DMYTRO PRONIN'S UNOPPOSED
MOTION FOR LEAVE TO AMEND ITS THIRD-PARTY
COMPLAINT

Dormer Harpring, LLC
3457 Ringsby Court, Unit 110
Denver, Colorado 80216
(303) 756-3812