Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO., <br><br> Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE, LLC; VITALI KONKO; the ESTATE OF DMYTRO PRONIN, MALIK TRUCKS, LLC., and MALIK KOSSUNOV, <br><br> Defendants, <br><br> AND <br><br> CHAD HORNER, as Administrator of the Estate of Dmytro Pronin, <br><br> Crossclaim & 3rd-Party Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE LLC; and VITALII KONKO, <br><br> Crossclaim Defendants, <br><br> AND <br><br> PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO | Case No. 2:23-cv-00587-BJR <br><br> **ORDER GRANTING STIPULATED MOTION FOR EXTENSION FOR DEFENDANTS AMAN EXPEDITE, LLC, MALIK TRUCKS, LLC AND MALIK KOSSUNOV'S TO FILE A RESPONSE TO PLAINTIFF UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING STIPULATED MOTION FOR EXTENSION- 1
Case No. 2:23-cv-00587

1  FEDELESH; MALIK TRUCKS LLC;
   MALIK KOSSUNOV; and DOE
2  BROKER PRINCIPAL,

3           3rd-Party Defendants.

4      IT IS HEREBY ORDERED, based on the stipulation of the parties, that the Defendants

5  Aman Expedite, LLC, Malik Kossunov, and Malik Trucks LLC (collectively "Defendants")

6  response to Plaintiff United Financial Casualty Company's Motion for Summary Judgment (Dkt.

7  No. 74) will be due on June 5, 2024. Plaintiff's reply shall be due June 19, 2024.

       DATED THIS 3rd day of May, 2024.

                                    _____
                                    Barbara Jacobs Rothstein
                                    U.S. District Court Judge


PRESENTED BY:

s/ Tristan Swanson                          s/Eric J. Neal, with permission
Tristan Swanson, WSBA No. 41934             Eric J. Neal, WSBA No. 31863
MILLER NASH LLP                             LETHER LAW GROUP
605 5th Avenue S, Suite 900                 1848 WESTLAKE AVE N STE 100
Seattle, WA  98104                          SEATTLE, WA 98109
Tel:  206.624.8300                          206-467-5444
Fax:  206.340.9599                          Email: eneal@letherlaw.com
Email: tristan.swanson@millernash.com

*Attorneys for Defendants Aman Expedite,*   *Counsel for Plaintiff*
*LLC, Malik Kossunov, and Malik Trucks LLC*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION- 2
Case No. 2:23-cv-00587

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599