HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>    Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic*),<br>    Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br>    Crossclaim & 3rd-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>    Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC, | No. 2:23-cv-00587<br><br>**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CROSSCLAIM AND 3RD PARTY PLAINTIFF, THE ESTATE OF DMYTRO PRONIN, TO FILE A RESPONSE TO PLAINTIFF UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Crossclaim and Third-Party Plaintiff's Unopposed Motion

for Extension of Time to File a Response to Plaintiff United Financial Casualty Company's

Order Re: Unopp. MEOT re Crossclaim and 3rd
Party Plaintiff's Response to MSJ - 1

1  Motion for Summary Judgment, ORDERS AS FOLLOWS: Crossclaim and third-party

2  Plaintiff, the Estate of Dmytro Pronin, shall have up to and including June 5, 2024 to file its

3  Response to Plaintiff's Motion for Summary Judgment.

4

   Dated this 9th day of May, 2024.

5

6

7  _____
   Barbara Jacobs Rothstein
8  U.S. District Court Judge

Order Re: Unopp. MEOT re Crossclaim and 3rd
Party Plaintiff's Response to MSJ - 2

**Dormer Harpring, LLC**
3457 Ringsby Court, Unit 110
Denver, Colorado 80216
(303) 756-3812