|   |   |
|---|---|
| | HONORABLE BARBARA J. ROTHSTEIN |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>　　　Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br>　　　Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br>　　　Crossclaim & 3rd-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>　　　Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC,<br>　　　3rd-Party Defendants. | No. 2:23-cv-00587<br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A REVISED JOINT STATUS REPORT AND DISCOVERY PLAN** |

The Court, having reviewed the parties' Joint Motion for Extension of Time to Submit a Revised Status Report and Discovery Plan, HEREBY ORDERS:

Order re Motion for Extension to submit a Revised Status Report and Discovery Plan - 1

The parties shall have up to and including July 24, 2024 to file a Revised Status Report and Discovery Plan.

Dated this 22nd day of May, 2024.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge