1

2                                                          **Hon. Barbara J. Rothstein**

3

4

5

6                           UNITED STATES DISTRICT COURT

7                          WESTERN DISTRICT OF WASHINGTON

8

9    UNITED FINANCIAL CAS. CO.,                Case No. 2:23-cv-00587-BJR

10              Plaintiff,                       **ORDER EXTENDING TIME
                                                 TO RESPOND TO
11   v.                                          COMPLAINT**

     AMAN EXPEDITE, LLC; VITALI (sic.) KONKO;
12   and the ESTATE OF DMYTRO PRONIN (sic.),

13              Defendants,

14   AND

15   CHAD  HORNER, as Administrator of the Estate of
     Dmytro Pronin,
16
                Crossclaim Plaintiff and Third-Party
17              Plaintiff,

18   v.

19   AMAN EXPEDITE LLC; and VITALII KONKO,

20              Crossclaim Defendants,

21   AND

22   DAIMLER  TRUCKS  NORTH  AMERICA, LLC;
     SELECTTRANSPORTATION RESOURCES (D/B/A
23   HOUSTON FREIGHTLINER); PITREMODELING
     INC; RALF AND TRANSPORTATION INC; PETRO
24   FEDELESH; MALIK TRUCKS LLC; MALIK
     KOSSUNOV; and FORCE TRANS INC.,
25
                Third-Party Defendants.
26

1         This matter came before the Court on Third-Party Defendant Daimler Truck North

2    America LLC's Unopposed Motion for Extension of Time to Respond to Complaint.  The Court

3    having reviewed the Motion and the relevant record, IT IS HEREBY ORDERED that the Motion

4    is granted.  Defendant Daimler Truck North America LLC may file its response to the First

5    Amended Third-Party Complaint by June 25, 2024.

6         Dated this 7th day of June, 2024.

7

8

9    _____
     Barbara Jacobs Rothstein
10   U.S. District Court Judge

11

12

13

14

15   Presented by:

16   TONKON TORP LLP

17   _s/  Stephanie J. Grant_____

18     Anna Sortun, WSBA 48674
       Email:  anna.sortun@tonkon.com
19     Stephanie J. Grant, WSBA 60680
       Email:  stephanie.grant@tonkon.com
20     Tonkon Torp LLP
       888 SW Fifth Ave., Suite 1600
21     Portland, OR 97204
       Main:  503.221.1440
22     Facsimile:  503.274.8779

23
          Attorneys for Third-Party Defendant, Daimler Truck North America LLC
24

25

26