HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br>　　　　　Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator or the Estate of Dmytro Pronin,<br>　　　Crossclaim & 3rd-Party Plaintiff,<br>　　v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>　　　　Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC,<br>　　　　　3rd-Party Defendants. | NO. 2:23-cv-00587-BJR<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

This matter came before the Court on Third-Party Defendant Houston Freightliner Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint. The Court having reviewed the Motion and the relevant record, IT IS HEREBY ORDERED that the Motion is granted. Third-Party Defendant Houston Freightliner, Inc. may file its response to the First Amended Third-Party Complaint by June 25, 2024.

Dated this 7th day of June, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ST.ONGE JR. & ASSOCIATES

*s/ Edward F. St.Onge Jr.*
Edward F. St.Onge Jr., WSBA 25240
Email: estonge@travelers.com
St.Onge Jr. & Associates
PO Box 64093
St. Paul, MN 55164-0093
Main: 206.326.4217
Facsimile: 855.827.7902

Attorneys for Third-Party Defendant, Houston Freightliner, Inc.