Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br><br>    Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br><br>    Crossclaim & 3rd Party Plaintiff,<br><br>    v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br><br>    Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (DBA HOUSTON FREIGHTLINER); PITREMODELING INC.; RALF AND TRANSPORTATION INC.; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUMOV; and FORCE TRANS INC.,<br><br>    3rd Party Defendants. | Case No. 2:23-cv-00587 BJR<br><br>**ORDER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED THIRD- PARTY COMPLAINT** |

1

This matter came before the Court on Third-Party Defendant Force Trans Inc.'s Unopposed Motion for Extension of Time to Respond to The First Amended Third-Party Complaint. The Court having reviewed the Motion and the relevant record, IT IS HEREBY ORDERED that the Motion is granted. Third-Party Defendant Force Trans Inc. may file its response to the First Amended Third-Party Complaint by August 2, 2024.

DATED this 9th day of July 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge