HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO., <br>                 Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*), <br>                 Defendants, <br><br> **AND** <br><br> CHAD HORNER, as Administrator or the Estate of Dmytro Pronin, <br>        Crossclaim & 3rd-Party Plaintiff, <br><br> v. <br><br> AMAN EXPEDITE LLC; and VITALII KONKO, <br>           Crossclaim Defendants, <br><br> **AND** <br><br> DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC, <br>           3rd-Party Defendants. | NO. 2:23-cv-00587-BJR <br><br> **ORDER EXTENDING TIME TO ANSWER THIRD-PARTY PLAINTIFF'S SECOND AMENDED THIRD-PARTY COMPLAINT** |

This matter came before the Court on Third-Party Defendant Daimler Trucks North America LLC's ("DTNA") Motion for Extension of Time to Answer Complaint. The Court having reviewed the Motion and the relevant record, IT IS HEREBY ORDERED that the Motion is granted. Third-Party Defendant DTNA may file its response to the First Amended Third-Party Complaint by January 10, 2025.

Dated this 30th day of December, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge