HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br>　　　　　　　Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator or the Estate of Dmytro Pronin,<br>　　　　Crossclaim & 3rd-Party Plaintiff,<br>　　v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>　　　　　Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC,<br>　　　　　3rd-Party Defendants. | NO. 2:23-cv-00587-BJR<br><br>**ORDER GRANTING THIRD PARTY DEFENDANT HFI'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL** |

ORDER GRANTING THIRD-PARTY DEFENDANT HFI'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL - 1
No. 23-cv-00587-BJR

*Collura. & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:　(206) 326-4217*
*Fax:　(855) 827-7902*

Before the Court, without oral argument, is Edward F. St.Onge Jr. of Collura & Associates' Motion for Leave to Withdraw Appearance and Substitution of Counsel, ECF No. 173. Pursuant to Local Rule 83.2(b)(1), counsel seeks an order permitting him to withdraw as counsel of record for Third-Party Defendant Selectransportation Resources d/b/a Houston Freightliner, and permitting Francis Floyd and Skyler Urban of the Floyd, Pflueger, Kearns, Nedderman & Gress P.S. firm to substitute as new counsel of record in this matter. Because this substitution results in the termination of one law office and the appearance of a new law office, leave of the Court is required. LCivR 83.2(b)(1). Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Edward F. St.Onge Jr. of Collura & Associates' Motion for Leave to Withdraw Appearance and Substitution of Counsel, **ECF No. 173**, is **GRANTED.**

2. The Clerk's Office is directed to **TERMINATE** Edward F. St.Onge Jr. of Collura & Associates as counsel for Third-Party Defendant Selectransportation Resources dba Houston Freightliner, and to **SUBSTITUTE** Francis Floyd and Skyler Urban as new counsel for Third-Party Defendant Selectransportation Resources dba Houston Freightliner effective **January 29, 2025**, the date the motion was filed. The Clerk's Office is directed to list Third-Party Defendant HFI's counsel information as follows:

ORDER GRANTING THIRD-PARTY DEFENDANT
HFI'S MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AND SUBSTITUTION OF COUNSEL - 2
No. 23-cv-00587-BJR

*Collura. & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:  (206) 326-4217*
*Fax: (855) 827-7902*

Francis S. Floyd, WSB #10642
Skyler P. Urban, WSB# 58761
Floyd, Pflueger, Kearns, Nedderman & Gress P.S.
3101 Western Ave, Ste 400
Seattle, WA 98121-3017
Telephone: 206-441-4455
Fax: 206-441-8484
Email:  ffloyd@nwtrialattorneys.com; surban@nwtrialattorneys.com

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of January, 2025.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING THIRD-PARTY DEFENDANT HFI'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL - 3
No. 23-cv-00587-BJR

*Collura. & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:   (206) 326-4217*
*Fax:  (855) 827-7902*