HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br>    Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (*sic.*) KONKO; and the ESTATE OF DMYTRO PRONIN (*sic.*),<br>    Defendants,<br><br>**AND**<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br>    Crossclaim & 3rd-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br>    Crossclaim Defendants,<br><br>**AND**<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC; SELECTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC,<br>    3rd-Party Defendants. | No. 2:23-cv-00587<br><br><br><br><br><br><br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF DEADLINES IN THE COURT'S ORDER SETTING TRIAL DATE AND RELATED DATES (ECF 147)** |

The Court, having reviewed the parties Joint Motion for Extension of Deadlines in the Court's Order Setting Trial Date and Related Dates (ECF 147), ORDERS NEW CASE DEADLINES AS FOLLOWS:

| | **Original Date** | **New Date** |
|---|---|---|
| JURY TRIAL DATE | 3/2/2026 | 8/18/2026 |
| Deadline for joining additional parties | 10/2/2024 | 3/18/2025 |
| Deadline for filing amended pleadings | 10/15/2024 | 3/31/2025 |
| Deadline to complete mediation | Not previously ordered | 7/1/2025 |
| Exchange Expert Witness Deposition Availability (Disclosure of discipline & location only for scheduling purposes) | 3/21/2025 | 9/4/2025 |
| Expert Witness Disclosures for Third-Party Plaintiff / Cross-Claimants | 5/9/2025 | 10/23/2025 |
| Production of Expert Witness Files by Third-Party Plaintiff / Cross-Claimants | 5/16/2025 | 10/30/2025 |
| Rebuttal Expert Witness Disclosures for Cross-Claim Defendants and Third-Party Defendants | 6/20/2025 | 12/5/2025 |
| Production of Rebuttal Expert Witness Files by Cross-Claim Defendants and Third-Party Defendants | 6/27/2025 | 12/11/2025 |
| Rebuttal Expert Witness Disclosures for Third-Party Plaintiff / Cross-Claimants | 7/25/2025 | 1/9/2026 |
| Production of Rebuttal Expert Witness Files by Third-Party Plaintiff / Cross-Claimants | 8/1/2025 | 1/15/2026 |
| Discovery completed by | 9/3/2025 | 2/17/2026 |
| All dispositive motions must be filed by | 10/3/2025 | 3/18/2026 |
| All motions *in limine* must be filed by | 1/21/2026 | 7/6/2026 |
| Joint Pretrial Statement | 2/2/2026 | 7/20/2026 |

| Pretrial conference | 2/17/2026 | 8/3/2026 |
|---|---|---|
| Length of Jury Trial | 15 Days | 15 days |

Presented By: All counsel of record

Dated this 19th day of March, 2025.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Order re Motion for Extension of Deadlines  - 3