**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CAS. CO.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE, LLC; VITALI (sic.) KONKO; and the ESTATE OF DMYTRO PRONIN (sic.),<br><br>    Defendants,<br><br>AND<br><br>CHAD HORNER, as Administrator of the Estate of Dmytro Pronin,<br><br>    Crossclaim Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>AMAN EXPEDITE LLC; and VITALII KONKO,<br><br>    Crossclaim Defendants,<br><br>AND<br><br>DAIMLER TRUCK NORTH AMERICA LLC; SELECTTRANSPORTATION RESOURCES (D/B/A HOUSTON FREIGHTLINER); PITREMODELING INC; RALF AND TRANSPORTATION INC; PETRO FEDELESH; MALIK TRUCKS LLC; MALIK KOSSUNOV; and FORCE TRANS INC.,<br><br>    Third-Party Defendants. | Case No. 2:23-cv-00587-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TRIAL DATE AND RELATED DATES AS TO CROSS AND THIRD-PARTY CLAIMS** |

PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TRIAL DATE AND RELATED DATES AS TO CROSS AND THIRD-PARTY CLAIMS
Case No. – 2:23-cv-00587-BJR

- 1 -

**Tonkon Torp LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
T 503-221-1440 – F 503-.274-8779

This matter came before the Court on the Joint Motion for Extension of Trial Date and Related Dates as to Cross- and Third-Party Claims. The Court having reviewed the Joint Motion and the relevant record, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the deadlines as extended as follows:

|  | **Current Deadline** | **Joint Proposed Deadline** |
|---|---|---|
| JURY TRIAL DATE | 8/18/2026 | 11/2/2026 – 11/20/2026 |
| Deadline for joining additional parties | 3/18/2025 |  |
| Deadline for filing amended pleadings | 3/31/2025 |  |
| Exchange Expert Witness Deposition Availability (Disclosure of discipline & location only for scheduling purposes) | 9/4/2025 | 12/4/2025 |
| Expert Witness Disclosures for Third-Party Plaintiff / Cross-Claimants | 10/23/2025 | 1/23/2026 |
| Production of Expert Witness Files by Third-Party Plaintiff / Cross-Claimants | 10/30/2025 | 1/30/2026 |
| Rebuttal Expert Witness Disclosures for Cross-Claim Defendants and Third-Party Defendants | 12/5/2025 | 3/6/2026 |
| Production of Rebuttal Expert Witness Files by Cross-Claim Defendants and Third-Party Defendants | 12/11/2025 | 3/12/2026 |
| Rebuttal Expert Witness Disclosures for Third-Party Plaintiff / Cross-Claimants | 1/9/2026 | 4/9/2026 |
| Production of Rebuttal Expert Witness Files by Third-Party Plaintiff / Cross-Claimants | 1/15/2026 | 4/15/2026 |
| Discovery completed by | 2/17/2026 | 5/18/2026 |

PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TRIAL DATE AND RELATED DATES AS TO CROSS AND THIRD-PARTY CLAIMS
Case No. – 2:23-cv-00587-BJR

- 2 -

Tonkon Torp LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
T 503-221-1440 – F 503-.274-8779


|  | **Current Deadline** | **Joint Proposed Deadline** |
|---|---|---|
| All dispositive motions must be filed by | 3/18/2026 | 6/19/2026 |
| Deadline to complete mediation | 7/1/2025 | 9/15/2026 |
| All motions *in limine* must be filed by | 7/6/2026 | 10/6/2026 |
| Joint Pretrial Statement | 7/20/2026 | 10/6/2026 |
| Pretrial Conference | 8/3/2026 | 10/20/2026 |
| Length of Jury Trial | 15 Days | 15 days |

DATED: September 4th, 2025.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

TONKON TORP LLP

　*s/ Stephanie J. Grant*

Anna Sortun, WSBA 48674
　Email: anna.sortun@tonkon.com
Stephanie J. Grant, WSBA 60680
　Email: stephanie.grant@tonkon.com
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
　Main: 503.221.1440
　Facsimile: 503.274.8779

Attorneys for Third-Party Defendant, Daimler Truck North America LLC

041298\00016\18762055v1

PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TRIAL DATE AND RELATED DATES AS TO CROSS AND THIRD-PARTY CLAIMS
Case No. – 2:23-cv-00587-BJR - 3 -

Tonkon Torp LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
T 503-221-1440 – F 503-.274-8779